DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICHARD DEMARTINO** a/k/a **RICK DEMARTINO,**
Appellant,

v.

**LAWRENCE W. URBANEK,**
Appellee.

No. 4D17-3050

[July 26, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie S. Rowe, Judge; L.T. Case No. 50-2015-CA-013051-XXXX-MB.

S. Brian Bull of Scott, Harris, Bryan, Barra & Jorgensen, P.A., Palm Beach Gardens, for appellant.

Stephanie L. Serafin and Jane Kreusler-Walsh of Kreusler-Walsh, Vargas & Serafin, P.A., West Palm Beach, and J. Chris Bristow of Critton, Luttier & Coleman, LLP, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***